UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-83847 |
| Fiona F Chen | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of The Bank of New York Mellon, f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-9, Mortgage Pass-Through Certificates, Series 2005-9, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given:

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that The Bank of New York Mellon, f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-9, Mortgage Pass-Through Certificates, Series 2005-9 its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 11840 Covey Lane, Huntley, IL 60142.

Enter: *[signature]*

Honorable Thomas M. Lynch

Dated:  March 04, 2015    United States Bankruptcy Judge

**Prepared by:**

Jose G. Moreno  ARDC#6229900
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-11-04372)