**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: FIONA F. CHEN                    Case Number: 14-83847

An appearance is hereby filed by the undersigned as attorney for:
FIONA F. CHEN, Debtor

Attorney name (type or print): DAVID H. CARTER

Firm: Law Office of David H. Carter

Street address: 308 West State Street, Suite 215

City/State/Zip: Rockford, IL 61101

Bar ID Number: 6204782                    Telephone Number: 815-968-8900
(See item 3 in instructions)

Email Address: DHCLAW@AOL.COM

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☐ No |
| Are you a member of the court's trial bar? | ✔ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ✔ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 22, 2018

Attorney signature:    S/ David H. Carter
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015