UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-83847 |
| FIONA F. CHEN | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO REOPEN
## CHAPTER 7 CASE AND APPOINT TRUSTEE

This case having come before the Court on the United States Trustee's motion for an order reopening this chapter 7 case pursuant to 11 U.S.C. § 350(b), and authorizing the appointment of a chapter 7 trustee pursuant to Federal Rules of Bankruptcy Procedure 5010,  due notice having been given and the Court having been fully advised of the grounds for the motion, it is hereby ordered:

1. That the United States Trustee's motion is granted; and

2. The United StatesTrustee is authorized to appoint a Chapter 7 trustee to complete the administration of this case.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  May 23, 2018

**Prepared by:**

Debra L. Schneider
Office of the U.S. Trustee
780 Regent Street
Suite 304
Madison, Wisconsin 53715
(608) 264-5522, ext. 5646