UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-83847 |
| Fiona F. Chen | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Authorizing Employment of Attorney for Trustee**

     This matter coming for hearing on the Trustee's Motion to Employ Attorney, wherein the Trustee applies for an Order requesting the appointment of ATTORNEY BERNARD J. NATALE, AND THE LAW FIRM OF BERNARD J NATALE, LTD.,  to represent him in all matters and things pertaining to the Estate of said Debtor.  The court having examined said Application and now being fully advised in the premises finds:

  1)  That it is has jurisdiction over all matters and things contained therein.
  2)  That it is necessary and proper for the Trustee, to have an attorney to represent him.

  Now, Therefore, it is Ordered, Adjudged and Decreed that ATTORNEY BERNARD J. NATALE, AND THE LAW FIRM OF BERNARD J NATALE, LTD.,  are hereby authorized to act as attorney for the Trustee for all matters pertaining to said Estate as set forth in the Trustee's motion.

Enter:   _/s/ Thomas M. Lynch_

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  June 04, 2018

**Prepared by:**

Attorney Bernard J. Natale
Bernard J. Natale, Ltd
1639 N Alpine Road
Suite 401
Rockford IL 61107
815-964-4700