Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

In Re:

Fiona F Chen
11840 Covey Ln
Huntley, IL 60142
SSN: xxx−xx−9324 EIN: N.A.

Case No. : 14−83847
Chapter : 7
Judge : Thomas M. Lynch

Debtor's Attorney:
Daniel A Springer
Springer Law Firm
5301 E State Street
Suite 105
Rockford, IL 61108

815.312.4725

Trustee:
Bernard J Natale
Bernard J. Natale, Ltd.
Edgebrook Office Center
1639 N Alpine Rd
Suite 401
Rockford, IL 61107

815−964−4700

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on ***December 31, 2014*** .

1. ***September 4, 2018*** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. ***September 4, 2018*** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: June 4, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-83847-TML
Fiona F Chen                                                            Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3            User: mreilly              Page 1 of 3              Date Rcvd: Jun 04, 2018
                                Form ID: ntcftfc7          Total Noticed: 110

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2018.

```
db         +Fiona F Chen,    11840 Covey Ln,    Huntley, IL 60142-6222
22786358    300 Stonegate, LLC,    810 Oak Street,    Lake in the Hills, IL 60156
22786359   +300 Stonegate, LLC,    c/o Joel N Goldblatt, et. al,    221 N LaSalle Ste 3700,
             Chicago IL 60601-1508
22786323   +AiTalkBB,    7926 Jones Branch Drive Ste 120,,   Mclean, VA 22102-3367
22786324   +American Marketing &,    Publishing/ Transworld Systems,    1375 East Woodfield Rd., # 110,,
             Schaumburg, IL 60173-5423
22786312   +American Marketing &,    Publishing, LLC,,    915 E. Lincoln Hwy,,    Dekalb, IL 60115-3941
22786309    At&t Mobility,    Enhanced Recovery Company, LLC,    8014 Bayberry Rd.,
             Jacksonville, FL 32256-7412
22786308   +At&t Mobility,    Convergent Outsourcing, Inc.,,    800 SW 39th Street,,    PO Box 9004,
             Renton WA 98057-9004
22786301   +At&t Mobility/ AFNI, Inc.,    PO Box 3517,,    Bloomington, IL 61702-3517
22786302   +At&t Mobility/ EOS CCA,    700 Longwater Drive,,    Norwell, MA 02061-1624
22786326    At&t Yellow Pages/ Joseph,,    Mann & Creed,,   20600 Chagrin Blvd., Ste 550,,
             Shaker Heights, OH 44122-5340
22786300    At&t, Jack R. Creel & Associates,    PO Box 801083,    Houston, TX 77280-1083
22786247   +At&t/ Accord Creditor Services,    PO Box 1002,,    Newnan, GA 30264-1002
22786248   +At&t/ CISCO, Inc.,    1702 Townhurst Drive,    Houston, TX 77043-2811
22786370   +Bank of America/Associated Recovery Systems,     a division os ARS National Service Inc,
             POB 463023,    Escondido CA 92046-3023
22786371   +Bank of America/Associated Recovery Systems,     a division os ARS National Service Inc,
             Dept #5996,    POB 1259,    Oaks PA 19456-1259
22786376   +Bank of America/Collectcorp,    455 North 3rd Street Ste 260,    Phoenix AZ 85004-3937
22786369    Bank of America/Financial Recovery Services,    POB 385908,    Minneapolis MN 55438-5908
22786374    Bank of America/NCO Financial Services,    POB 17080,    Wilmington DE 19850-7080
22786333    CBNA,    PO Box 796006,    San Antonio, TX 78245
22786241    CE Capital Retail Bank-JCP/,    Monarch Recovery Managemen Inc.,,    PO Box 21089,,
             Philadelphia, PA 19114 - 0589
22786239    CE Capital Retail Bank-JCP/,    Nationwide Credit, Inc.,    PO Box 26314,
             Lehigh Valley, PA 18002-6314
22786240   +CE Capital Retail Bank-JCP/,    Allied Interstate LLC,,    7525 West Campus Road,
             New albany, OH 43054-1121
22786233   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank,     POB 688922,    Des Moines, IA 50368)
22786331   +Capital One/ Northland,    Group, Inc.,,   PO Box 390846,    Minneapolis, MN 55439-0846
22786329   +Captal One/Leading Edge,    Recovery Solutions, LLC,,    5440 N. Cumberland Ave., Ste 300,
             Chicago, IL 60656-1486
22786330    Captal One/Leading Edge,    Recovery Solutions, LLC,,    PO Box 129,    Linden, Ml 48451-0129
22786380   +Cash LLC Financial Recovery Services Inc,    POB 385908,    Minneapolis MN 55438-5908
22786378   +Cash LLC for Wells Fargo,    4340 S Monaco 2nd Fl,    Denver Co 80237-3485
22786372   +Cavalry /FIA Credit Card/Oakbank Bank,    Blatt, Hasenmiller, Leibsker & Moore,
             125 South Wacker Drive. Ste 400,    Chicago IL 60606-4440
22786232   +Chase Bank First USA,    MRS Associates of New Jersey,    1930 Olney Ave,
             Cherry Hill, NJ 08003-2016
22786231   +Chase Bank/First USA,    LTD Financial Services, LP,    7322 Southwest Freeway Ste 1600,
             Houston, TX 77074-2134
22786230    Chase Bank/First USA,    United Recovery Systems, LP,    PO Box 722929,    Houston, TX 77272-2929
22786340   +Chase, Viking Collection,    Service, Inc.,,    PO Box 59207,    Minneapolis, MN 55459-0207
22786339   +Chase, Viking Collection,    Service, Inc.,    7500 Office Ridge Cir #100,
             Eden Prairie, MN 55344-3783
22786336   +Chase/Firstsource Advantage,    205 Bryant Woods,,    South Amherst, NY 14228-3609
22786242    Chase/Heritage Bank One/ Nationwide,    Credit, Inc.,    2002 Summit Blvd, Ste 600,
             Atlanta,    GA 30319-1559
22786335   +Chase/MRS Associate of,    New Jersey,,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
22786337   +Chase/NCO Financial,    Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
22786347   +Citibank, Blatt, Hasenmiller, LLC,    125 S Wacker Dr., #400,    Chicago IL 60606-4440
22786367   +Citibank, N.A./ AT & T Universal Card,    Blatt, Hasenmiller, Leibsker & Moore,
             125 South Wacker Drive. Ste 400,    Chicago IL 60606-4440
22786236   +Citibank/ARS National Services, Inc.,    PO Box 463023,    Encondido, CA 92046-3023
22786235    Citibank/Northland Group,    Inc., PO Box 390905,,    Minneapolis, MN 55439
22794093   +Codilis & Associates, P.C.,    Bank of New York Mellon,    15W030 North Frontage Road, Suite 100,
             Burr Ridge, IL 60527-6921
22786356    D. Liang,,    #32 6th Fl. Lane 106 Sec 3,    Ming Chung E Rd,    Taipei Taiwan
22786252   +DEX One,    PO Box 9001401,    Louisville, KY 40290-1401
22786256    DSNB,    PO Box 8061,    Mason, OH 45040-8061
22786364   +Discover Bank, Blitt and Gaines, P.C.,    661 Glenn Avenue,    Wheeling IL 60090-6017
22786363    Discover Bank Northstar Location Service llc,    Attn: Financial Services Dept,    POB 49,
             Bowmansville NY 14026-0049
22786373   +FIA Card Services,    c/o MES of Ohio,    29125 Solon Road,    Solon OH 44139-3442
22786304   +FedEx/ North Shore Agency,,    4000 East Fifth Ave.,    Columbus, OH 43219-1811
22786303    Federal Express,    3875 Airways, Module,    H3 Dept. 4634,    Memphis, Tenn 38116
22786354   +G. Chen,    4104 Early Morn Drive,    Plano TX 75093-3811
22786246   +GE Capital Retail/JCP,    PO Box 7505,,    Algonquin, IL 60102-7505
```

```
District/off: 0752-3              User: mreilly               Page 2 of 3                   Date Rcvd: Jun 04, 2018
                                  Form ID: ntcftfc7           Total Noticed: 110

22786238       Gecrb/JCP, Firstsource Advantage,   PO Box 628,,    Buffalo, NY 14240-0628
22786244       HSBC Retail Service,   PO Box 71106,   Charlotte, NC 28272-1106
22888002      +Hibu Inc f/k/a Yellowbook Inc,   c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, MD 21094-5126
22786314      +Home Page Directory,   Brennan & Clark Ltd.,    721 E. Masison, Ste 200,
               Villa Park, IL 60181-3083
22786313      +Home Page Directory/ Rauch,   Miliken International LLC, P,   PO Box 8390,
               Metairie, LA 70011-8390
22786311      +Home Pages,   PO Box 982,   DeKalb, IL 60115-0982
22786349      +J. Sche & N. Chen,   311 Mill Road,   North Haven CT 06473-3426
22786350      +J. T. Worldwide & J Tsang,   100 Eastern Ave,   Bensenvill IL 60106-1126
22786351      +M.J. & J. Liu,   1599 McGregor Way,   San Jose CA 95129-3742
22786254       Macy's/DSNB,   PO Box 6167,   Sioux Falls, SD 57117-6167
22786250       Macy's/DSNB,,   Capital Management,   Services, LP,,    698 1/2 South Ogden Street,,
               Buffalo  NY 14206-2317
22786249       Macy's/DSNB, American Coradius,   International LLC,   2420 Sweet Home Rd., Ste 150,
               Amherest NY 14228-2244
22786251      +Macy's/DSNB, Ltd Financial,   Services, LP,,    7322 Southwest Freeway, Ste 1600,
               Houston, TX 77074-2134
22786257      +Macy's/DSNB, Omni Credit Services,   of Florida Inc,   PO Box 31179,   Tampa, FL 33631-3179
22786243      +Macy's/DSNB, RAB Inc.,   c/o CCSI,,   PO Box 34119,,   Memphis, TN 38184-0119
22786360      +Management/Marketing Services,   as Agent for RPA Shopping Center Phase 1,   POB 1494,
               Northbrook IL 60065-1494
22786361      +Management/Marketing Services,   c/o Lance C Zieball,   501 W Colfax,   Palatine IL 60067-2545
22786365      +Northstar Location Services, LLC,   4285 Genesee Street,   Cheektowaga NY 14225-1943
22786346      +Sun City Asso. Of Huntley,   c/o Laurence A Wilbrandt,   65 S Virginia St,
               Crystal Lake IL 60014-5818
22786345      +Sun City Community Ass. of Huntley Inc.,,   POB 71567,   Chicago IL 60694-1567
22786353      +T. & J. Eness,   149 S Oakhurst Dr,   Aurora IL 60504-6613
22786352      +T. & L. Yen,   5405 Denberg Lane,   Raleigh NC 27606-9562
22786344      +The Bank of NY Mellon,   15W030 North Frontage Rd,   Ste 100,   Burr Ridge IL 60527-6921
22794052      +The Bank of New York Mellon,   c/o Codilis and Associates, P.C.,
               15W030 North Frontage Road, Suite 100,   Burr Ridge, IL 60527-6921
22786305      +The Hartford Financial,   Services Group,   One Hartford Plaza,,   Hartford, CT 06155-0001
22786310      +The Hartford Ins./ Lamont,,   Hanley & Assoc., Inc.,,   1138 Elm St., PO Box 179,
               Manchester, NH 03101-1531
22786342      +Title Max,   6319 Northwest Highway,   Crystal Lake IL 60014-7934
22786328      +Title Max of Illinois,   6319 Northwest Highway,   Crystal Lake, Il 60014-7934
22786317      +Verizon/ CBE Group,,   1309 Technology Pkw,   Cedar Falls, IA 50613-6976
22786316      +Verizon/ Chase Receiva,   1247 Broadway,   Sonoma, CA 95476-7503
22786322      +Verizon/ Pinnacle Credit,   Services/ EOS CCA,   700 Longwater Drive,   Norwell MA 02061-1624
22786321      +Verizon/ Pinnacle Credit,   Services/ North Shore Agency,   PO Box 4945,
               Trenton, NJ 08650-4945
22786320      +Verizon/ Pinnacle Credit,   Services/ RMCB National,   Collection Agency,
               4 Westchester Plaza, Ste 110,   Elmsford, NY 10523-1615
22786355       Y. Hu & H. Wu,   Sheng Don, Quingdao City,   Sheng Don Road #27 Ste 1706,   China
22786318      +Yellow Book,   PO Box 3162,   Cedar Rapids, IA 52406-3162
22786325       Yellow Book Sales & Dist.,,   Slater, Tenaglia, Fritz & Hunt, P.,   A., Lickbox 4370,,
               PO Box 95000,   Philadelphia, PA 19195-4370
22786319       Yellow Book/ Rauch-Milliken,   International, Inc.,   PO Box 8390,   Metairie, LA 70011-8390

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QBJNATALE.COM Jun 05 2018 04:19:00    Bernard J Natale,   Bernard J. Natale, Ltd.,
               Edgebrook Office Center,   1639 N Alpine Rd,   Suite 401,   Rockford, IL 61107-1481
22786343       EDI: WFFC.COM Jun 05 2018 04:18:00    Americas Servicing Company,   POB 14591,
               Des Moines IA 50306-3591
22786306      +EDI: ATTWIREBK.COM Jun 05 2018 04:18:00    At&t,   PO Box 5080,   Carol Stream, IL 60197-5080
22786307      +EDI: CINGMIDLAND.COM Jun 05 2018 04:18:00    At&t Mobility,   PO Box 6463,
               Carol Stream, IL 60197-6463
22786368       EDI: BANKAMER.COM Jun 05 2018 04:19:00    Bank of America,   4060 Ogletown/Stanton Rd,
               Newark DE 19713
22786375      +E-mail/Text: bankruptcy@cavps.com Jun 05 2018 00:28:02    Bank of America/Cavalry,   POB 520,
               Valhalla NY 10595-0520
22786341       EDI: CAPITALONE.COM Jun 05 2018 04:19:00    Capital One,   PO Box 85520,   Richmond, VA 23285
22786332      +E-mail/Text: bk@blittandgaines.com Jun 05 2018 00:27:11    Captial One Bank,,
               c/o Blitt and Gaines,,   661 Glenn Avenue,   Wheeling,  IL 60090-6017
22786334      +EDI: CHASE.COM Jun 05 2018 04:18:00    Chase,   PO Box 15298,   Wilmington, DE 19850-5298
22786234      +E-mail/Text: cms-bk@cms-collect.com Jun 05 2018 00:27:14    Citibank/Capital Management,
               Services, LP,   726 Exchange St Ste 700,   Buffalo, NY 14210-1464
22786362      +EDI: DISCOVER.COM Jun 05 2018 04:18:00    Discover Card,   DB Servicing,   POB 30666,
               Salt Lake City UT 84130-0666
22786245       EDI: RMSC.COM Jun 05 2018 04:19:00    GE Capital Retail/JCP,   PO Box 960090,,
               Orlando, FL 32896-0090
22786237       EDI: RMSC.COM Jun 05 2018 04:19:00    Gecrb/JCP,   PO Box 984100,   El Paso, TX 79998
22786357       EDI: IRS.COM Jun 05 2018 04:19:00    IRS Centralized Insolvency Operation,   POB 7346,
               Philadelphia PA 19101-7346
22786255       EDI: TSYS2.COM Jun 05 2018 04:18:00    Macy's,   PO Box 183083,   columbus, OH 43218-3083
22786253       EDI: TSYS2.COM Jun 05 2018 04:18:00    Macy's/DSNB,   9111 Duke Blvd.,   Mason, OH 45040-8999
22786366      +EDI: CITICORP.COM Jun 05 2018 04:19:00    Universal/Citibank,   POB 6241,
               Sioux Falls SD 57117-6241
```

```
District/off: 0752-3                  User: mreilly               Page 3 of 3                  Date Rcvd: Jun 04, 2018
                                      Form ID: ntcftfc7           Total Noticed: 110
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
22786315       +EDI: VERIZONCOMB.COM Jun 05 2018 04:19:00      Verizon,   National Recovery,   PO Box 26055,
                 Minneapolis, MN 55426-0055
22786377       +EDI: WFFC.COM Jun 05 2018 04:18:00      Wff Cards,   3201 N. 4th Ave,
                 Sioux Falls SD 57104-0700
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22786327          Owe to own businesses Tax &,   Accounting and Consulting Company
aty*             +Bernard J Natale,   Bernard J. Natale, Ltd.,   Edgebrook Office Center,   1639 N Alpine Rd,
                   Suite 401,   Rockford, IL 61107-1481
22786298*        +At&t/ Accord Creditor Services,   PO Box 1002,   Newnan, GA 30264-1002
22786299*        +At&t/ CISCO, Inc,   1702 Townhurst Drive,   Houston, TX 77043-2811
22786338*        +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
22786296*        +GE Capital Retail/JCP,   PO Box 960090,,   Orlando, FL 32896-0090
22786297*        +GE Capital Retail/JCP,   PO Box 7505,,   Algonquin,  IL 60102-7505
22786295*         HSBC Retail Service,   PO Box 71106,   Charlotte NC 28272-1106
22786379       ##+Cash LLC,   Scott Lowery Law Office,   1422 East 71st Street Ste B,   Tulsa OK 74136-5060
22786348       ##I & A Field,   730 Monte Vis,   Irvine CA 92602-2016
                                                                                   TOTALS: 1, * 7, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2018 at the address(es) listed below:
```
              Bernard J Natale    natalelaw@bjnatalelaw.com, bnatale@ecf.epiqsystems.com
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com,
               bnatale@ecf.epiqsystems.com
              Daniel A Springer    on behalf of Debtor 1 Fiona F Chen spr03001@gmail.com,
               hartbr55968@notify.bestcase.com
              David H Carter    on behalf of Debtor 1 Fiona F Chen bankruptcyclinicpc@sbcglobal.net,
               davidar68585@notify.bestcase.com
              Gloria C  Tsotsos    on behalf of Creditor   The Bank of New York Mellon nd-two@il.cslegal.com
              John  Xydakis    on behalf of Petitioning Creditor John  Xydakis johnxlaw@gmail.com
              Jose G Moreno    on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK
               AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE
               INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-9 nd-one@il.cslegal.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
               YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET
               MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-9 ND-Four@il.cslegal.com
              Tiffany  Rodriguez    on behalf of U.S. Trustee Patrick S Layng tiffany.rodriguez@usdoj.gov
                                                                                              TOTAL: 10
```