IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FIONA F. CHEN | ) | |
| | ) | No.  14-83847 |
| | ) | Chapter 7 (Rockford) |
| Debtors | ) | Honorable Thomas M. Lynch |
| | ) | Hearing Date:  01/23/2019, 9:00 a.m. |

## NOTICE OF MOTION

To:     See attached Service List.

YOU ARE HEREBY NOTIFIED that on January 23, 2019 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before The Honorable Judge Thomas M. Lynch in Room 3100 at U.S. Court House, 327 South Church Street, Rockford, Illinois 61101, and then and there present for hearing the attached MOTION FOR RELIEF FROM STAY at which time and place you may appear as you see fit to do.

_____
Benjamin J. Rooney

## PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 4th day of January, 2019, with proper postage prepaid.

_____
Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
This 4th day of January, 2019.

_____
Notary Public

KATHERINE L SMUCINSKI
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 22, 2019

#6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

1

## SERVICE LIST

Fiona F Chen
11840 Covey Lane
Huntley, Illinois 60142

David H. Carter
Rockford Bankruptcy Clinic
308 W. State Street, Suite 215
Rockford, Illinois 61101
(By electronic notice through ECF)

Daniel A Springer
Springer Law Firm
5301 E State Street, Suite 105
Rockford, Illinois 61108
(By electronic notice through ECF)

Bernard J Natale
Bernard J. Natale, Ltd.
Edgebrook Office Center
1639 N Alpine Road, Suite 401
Rockford, Illinois 61107
(By electronic notice through ECF)

Patrick S. Layng
Office of the U.S. Trustee, Region 11
780 Regent Street, Suite 304
Madison, Wisconsin 53715
(By electronic notice through ECF)

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| FIONA F. CHEN | ) |
| | ) No. 14-83847 |
| | ) Chapter 7 (Rockford) |
| Debtors | ) Honorable Thomas M. Lynch |
| | ) Hearing Date: 01/23/2019, 9:00 a.m. |

## MOTION FOR RELIEF FROM STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE

NOW COMES a certain creditor, SUN CITY COMMUNITY ASSOCIATION OF HUNTLEY, INC., by and through its attorneys, KEAY & COSTELLO, P.C., and in support of its Motion for Relief from Stay, states as follows:

1. That the creditor is SUN CITY COMMUNITY ASSOCIATION OF HUNTLEY, INC. (hereinafter referred to as "SUN CITY"), an Illinois not-for-profit corporation and homeowners association.

2. That the Debtor, FIONA F. CHEN (hereinafter referred to as "Debtor") is the owner of residential real estate that is part of SUN CITY. Specifically, Debtor is the owner of the property located at 11840 Covey Lane, Huntley, McHenry County, Illinois.

3. That pursuant to SUN CITY's governing documents, which have been recorded with the Recorder of Deeds of McHenry County, Illinois, a lien attaches to the property of the Debtor to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of SUN CITY.

4. That as owner of a property at SUN CITY, the Debtor is obligated to pay assessments and other obligations arising out of ownership of their unit to SUN CITY.

1

5. That since the filing of Debtor's Chapter 7 petition on December 31, 2014 ("Petition Date"), the Debtor has failed to remain current on her post-petition obligation to pay assessments to SUN CITY.

6. Accordingly, since the Petition Date and through the filing of this Motion, Debtor has failed to pay the amount of $6,961.19 in post-petition assessments and other obligations arising out of ownership of their unit to SUN CITY. Additionally, SUN CITY has incurred $600.00 in attorney's fees and $181.00 in court costs as a result of Debtor's failure to remain current on their post-petition obligation to the Association. Collection of said attorney's fees and court costs is authorized by the Association's Declaration.

7. Therefore, the total amount due through the filing of this Motion for post-petition assessments and other obligations arising out of ownership of their unit, as well as attorney's fees, and court costs is $7,742.19.

8. That pursuant to Section 362 of the Bankruptcy Code, SUN CITY moves this court for entry of an order modifying the automatic stay arising as a result of Debtor's Chapter 13 filing.

9. That SUN CITY is entitled to relief from the automatic stay so it may initiate collection proceedings against the Debtor for the assessments and other charges that became due and owing after Debtor's Chapter 13 filing.

10. That SUN CITY is entitled to relief from the automatic stay for the following reasons:

   a. Debtor has made material defaults under the terms of the Declaration;

   b. There is currently a continuing increase in the total indebtedness chargeable against the real estate for payment of assessments and other charges due under the Declaration which result in SUN CITY being deprived of adequate protection of its interest in the real estate; and

2

    c. The subject real estate is not necessary for a successful reorganization of the Debtor.

11. That SUN CITY requests waiver of the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Creditor, herein, SUN CITY, prays this court enter an order modifying the stay permitting SUN CITY, to initiate collection proceedings of all post-petition association assessments due from the Debtor, FIONA F. CHEN, as a result of the ownership of the premises described herein, and for any such other and further relief as this court deems just and equitable within the premises.

SUN CITY COMMUNITY<br>
ASSOCIATION OF HUNTLEY, INC.<br><br>
By: _____<br>
One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446