**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| FIONA F. CHEN ) | |
| ) | No. 14-83847 |
| ) | Chapter 7 (Rockford) |
| Debtor ) | Honorable Thomas M. Lynch |
| ) | Hearing Date: 02/06/2019, 9:30 a.m. |

## AGREED ORDER

This matter coming before the court for hearing on SUN CITY COMMUNITY ASSOCIATION OF HUNTLEY, INC.'s Motion for Relief from Stay pursuant to Section 362 and Relief from the debtor Stay pursuant to Section 1301 of the Bankruptcy Code, due notice having been given to the parties in interest, the court having jurisdiction of the subject matter and the parties, the parties being in agreement and the court being fully advised,

IT IS HEREBY ORDERED:

1. Through February 2019, there is a balance of $7,152.97 due and owing to Sun City Community Association of Huntley, Inc. from Debtor for post-petition assessments, late fee, attorney's fees, and court costs. This represents a waiver of late fees and interest in the amount of $843.73. If any of the below payments are not made, the late fee and interest in the amount of $843.73 will not be removed from the account.

2. Debtor shall pay this $7,152.97 balance as follows:

    a. $1,021.86 shall be paid on or before February 28, 2019;

    b. $1,021.86 shall be paid on or before March 15, 2019;

    c. $1,021.86 shall be paid on or before April 15, 2019;

    d. $1,021.86 shall be paid on or before May 15, 2019;

By _____   By _____
Benjamin J. Rodney, Attorney for Sun         David H. Carter, attorney for debtor
City Community Association of Huntley, Inc.

1

e. $1,021.86 shall be paid on or before June 15, 2019;

f. $1,021.86 shall be paid on or before July 15, 2019;

g. $1,021.81 shall be paid on or before August 15, 2019;

3. Additionally, Debtor shall pay her regular monthly assessment and all other charges which become due and owing on or before the 1st of each month beginning with the March 2019 assessment and continuing for the pendency of the bankruptcy.

4. Should Debtor default on any of the payments set forth in Paragraphs 2 or 3 above, Sun City Community Association of Huntley, Inc. shall send notice of said default to the Debtor and counsel for Debtor. Debtor shall then have 21 days from the date of the default notice to cure the same.

5. In the event Debtor does not cure any default with respect to the payments set forth in Paragraphs 2 or 3 after notice and within the 21 days provided herein, the automatic stay shall be dissolved ~~without further order of Court~~ upon the filing of that notice with the clerk of the court, and Sun City Community Association of Huntley, Inc. shall be entitled to pursue any and all remedies available to it for the collection of said amounts plus any additional unpaid post-petition amounts.

AGREED TO:

By _____
Benjamin J. Rooney, Attorney for Sun
City Community Association of Huntley, Inc.

By _____
David H. Carter, attorney for debtor

FEB - 6 2019

ENTER:
_____
Bankruptcy Judge
Date:

Attorney No. 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

2